AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

MAUREEN McCLAIN,          JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: C06-5016RBL

CITY OF TACOMA,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The City's Motion for Summary Judgment re: Statute of Limitations is DENIED. The City's Motion for Summary Judgment re: Plaintiff's Federal Claims is GRANTED and Plaintiff's § 1983 and § 1985 claims are DISMISSED.  The City's Motion for Summary Judgment re: Plaintiff's State Claims is GRANTED, and Plaintiff's outrage, defamation claims, negligent supervision claims, and negligent infliction of emotional distress claims are DISMISSED.

DATED :  9/5/2007

                               BRUCE  RIFKIN
                               *Clerk*

                               /s/  Jean Boring
                               *(By) Deputy Clerk*, Jean Boring